**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THELMA WILLIAMS,
ADC #93197                                                                                              PLAINTIFF

v.                                         4:10-cv-02027-BSM-JTK

LAW LIBRARY OFFICER CROUCH, et al.                                            DEFENDANTS

**ORDER**

Plaintiff is a state inmate who filed a Complaint (Doc. No. 1) pursuant to 42 U.S.C. § 1983, without prepayment of the $350.00 filing fee and costs, or an Application to Proceed In Forma Pauperis (IFP).

Under the Prison Litigation Reform Act of 1995 ("PLRA"), a prisoner who is permitted to file a civil action in forma pauperis still must pay the full statutory filing fee of $350. 28 U.S.C. § 1915(b)(1). The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. Ashley v. Dilworth, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed to proceed with his § 1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

The PLRA requires that Plaintiff submit a proper and complete Application to Proceed In Forma Pauperis, along with a calculation sheet prepared and signed by an authorized

officer of the detention center. Plaintiff must submit, within thirty (30) days from entry of this Order, either: (1) the statutory filing fee of $350; or (2) a proper and complete Application, **with the required calculation sheet signed by an authorized official of the detention center at which he is confined**. Accordingly,

IT IS THEREFORE ORDERED that Plaintiff must submit either the $350 statutory filing fee or an In Forma Pauperis application within 30 days of the entry date of this Order.[1]

The Clerk is directed to send to the Plaintiff an In Forma Pauperis application, together with the filing fee calculation sheet.

DATED this 3rd day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states: ". . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."