**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**THELMA WILLIAMS, JR.,
ADC #93197**                                                            **PLAINTIFF**

v.                **CASE NO. 4:10-cv-02027-BSM-JTK**

**OFFICER CROUCH, et al.**                                       **DEFENDANTS**

## ORDER

Plaintiff requests leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. No. 6]. Although Plaintiff has submitted a declaration that makes the showing required by § 1915(a), his request to proceed *in forma pauperis* is denied. The Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), provides that "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

Plaintiff has had more than three complaints dismissed for failure to state a claim. *See* 5:07cv00178, 5:07cv00179, 5:07cv00180, 5:07cv00181. In addition, in the present case, plaintiff's allegations of denial of access to the courts do not support a claim that he presently is in imminent danger.

THEREFORE, plaintiff's request to proceed *in forma pauperis* [Doc. No. 6] is DENIED. Should plaintiff wish to continue this case, he shall submit the statutory filing fee

of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened. The case is therefore DISMISSED without prejudice.

IT IS SO ORDERED this 24th day of May, 2011.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE