# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                            **PLAINTIFF**

**v.**                          **CASE NO. 4:10-cv-02027-BSM-JTK**

**OFFICER CROUCH, et al.**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to order entered on this date, this case is DISMISSED without prejudice.

The relief sought is denied.

IT IS SO ADJUDGED this 24th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE